## People of the State of Illinois, Defendant in Error, v. Mrs. Marie Griffin, Plaintiff in Error.

### Gen. No. 42,740.

Heard in the second division, first district, this court at the October term, 1943; opinion filed December 14, 1943. Max Rosenzweig and Joseph B. Gilbert, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.